NO. 07-03-0394-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

APRIL 30, 2004

_____

NATIONAL FIVE STARS, INC. D/B/A EXXON TRAVEL CENTER
AND ALL OCCUPANTS, APPELLANT

V.

BOC ACQUISITIONS, L.L.C., APPELLEE

_____

FROM THE COUNTY COURT OF WILBARGER COUNTY;

NO. 4371; HONORABLE GARY B. STREIT, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

On April 12, 2004, appellant filed a Motion to Dismiss pursuant to agreement of the parties. The motion includes a certificate of conference and a certificate of service that counsel for appellee was served a copy of the motion by first class mail on April 9, 2004. Appellee has no opposition to this Motion.

Accordingly, without passing on the merits of the case, appellant's Motion to Dismiss is granted and the appeal is hereby dismissed. Tᴇx. R. Aᴘᴘ. P. 42.1(a)(1).


Phil Johnson
Chief Justice